ARGUED FEBRUARY 10, 1964—DECIDED FEBRUARY 18, 1964.

*W. C. Hawkins*, for plaintiff in error.
*Hilton & Hilton, L. H. Hilton*, contra.

## 22311. THOMAS v. ADRIAN FINANCE CORPORATION et al.

GRICE, Justice. The only assignment of error in this case is on the sustaining of a plea to the jurisdiction. It is controlled adversely to the plaintiff in error by the decision of this court in *Modern Homes Construction Company v. Burke*, ante.

*Judgment affirmed. All the Justices concur.*

Submitted January 14, 1964—Decided February 10, 1964—
Rehearing denied March 5, 1964.

*Tully M. Bond, Jr., Wm. K. Buffington, V. J. Adams,* for plaintiff in error.

*Jones, Sparks, Benton & Cork, Frank C. Jones,* contra.